

**ROBERT C. WHITAKER JR.**
*rwhitaker@hancocklaw.com*

March 10, 2026

<u>**Via ECF**</u>
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
50 Pearl Street, Room 1920
New York, New York 10007

Request GRANTED.  The initial pretrial conference scheduled for March 17, 2026 is adjourned pending the Court's decision on Defendants' motion to dismiss or transfer.

SO ORDERED.

Date:   March 11, 2026
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:     **Lorrie Tissiera v. Ragnar & Rollo Industries, Inc., et al.
        Civil Action no.: 1:25-cv-10173 (JLR)**

Dear Judge Rochon:

A Rule 16 conference is currently scheduled for March 17, 2026.  However, our client filed a motion seeking to dismiss the case or transfer it to the Northern District (Dkt. No. 10).  Counsel for the parties have conferred and jointly request that this conference and all associated deadlines, including the civil case management plan and Rule 26 disclosure requirements, be adjourned pending the Court's decision on the pending motion.

Thank you for your time and consideration of this request.

Respectfully yours,

HANCOCK ESTABROOK, LLP

Robert C. Whitaker Jr.

RCW:sat

c:      H. Joseph Cronen, Esq. (*Attorney for Plaintiff*)